**COM.**

v.

**HENDERSON, A.**

**15 WDA 2016**

Superior Court of Pennsylvania.

05/18/2017

Reargument Denied 7/28/2017

CP–02–CR–0014877–2010 (Allegheny)

Affirmed

**COM.**

v.

**ROSS, T.**

**885 WDA 2016**

Superior Court of Pennsylvania.

5/18/2017

CP–02–CR–0015085–2013, CP–02–CR–0015091–2013

(Allegheny)

Affirmed

**MONGELL, B.**

v.

**STEFANICK, C.**

**1511 WDA 2016**

Superior Court of Pennsylvania.

05/18/2017

1780 of 2012, G.D. (Fayette)

Affirmed

**COM.**

v.

**KINGWOOD, C.**

**3567 EDA 2014**

Superior Court of Pennsylvania.

05/19/2017

CP–51–CR–0002620–2013 (Philadelphia)

Affirmed

**COM.**

v.

**STAFFORD, K.**

**2860 EDA 2015**

Superior Court of Pennsylvania.

05/19/2017

CP–51–CR–0014292–2014 (Philadelphia)

Affirmed